JOHNSTON HEATING COMPANY, Appellant, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT NO. 6, MANHASSET, TOWN OF NORTH HEMPSTEAD, NASSAU COUNTY, Respondent.

*Johnston Heating Co.* v. *Bd. of Education, etc.*, 175 App. Div. 140, affirmed.

(Submitted March 10, 1919; decided April 8, 1919.)

APPEAL from a judgment entered December 7, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. This action was brought to recover profits which plaintiff would have made in the performance of a certain contract with the defendant had it been allowed to enter into and perform that contract. Plaintiff was the lowest bidder for the work and the defendant board of education adopted a resolution accepting the bid. Thereafter the board rescinded its resolution of acceptance and let the contract to another. The Appellate Division held that in the absence of an authorized notice of acceptance of plaintiff's bid the board was within its right in rescinding its resolution, and that plaintiff could not recover.

*Lynn W. Thompson* for appellant.

*James L. Dowsey* and *Erastus J. Parsons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.